◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

TODD FENER

V.

ASPEN TECHNOLOGY, INC.,
LAWRENCE B. EVANS,
LISA W. ZAPPALA,
DAVID McQUILLIN and
CHARLES F. KANE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04c 12375 RCL**

TO: (Name and address of Defendant)

David McQuillin
c/o Aspen Technology, Inc.
Ten Canal Park
Cambridge, MA 02141

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                                   DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: DECEMBER 10, 2004 at 3:30 P.M. |
| NAME OF SERVER (PRINT): DAVID G. BEDUGNIS, SR. | TITLE: CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO KIM KADING, EXECUTIVE ASST./LEGAL DEPARTMENT FOR ASPEN TECHNOLOGY, INC., IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT ASPEN TECHNOLOGY, INC., TEN CANAL PARK, CAMBRIDGE, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: $20.00 | SERVICES: $25.00 | TOTAL: $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on DEC 10 2004 AT 3:30 P.M.

Signature of Server: DAVID G. BEDUGNIS, SR., CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.