UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TODD FENER, | ) | No. 04-cv-12375-RCL |
| | ) | |
| Plaintiff, | ) | <u>CLASS ACTION</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| ASPEN TECHNOLOGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| RICK STOCKMASTER, Individually and On Behalf of All Others Similarly Situated, | ) | No. 04-cv-12387-RCL |
| | ) | |
| | ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ASPEN TECHNOLOGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND (LOCAL 66) AND CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) and City of Roseville Employees' Retirement System (the "Operating Engineers Group"), who purchased Aspen Technology, Inc., common stock between January 25, 2000 and October 29, 2004 ("Class Period"), hereby move this Court for an Order granting the Operating Engineers Group's Motion for (1) Consolidation; and (2) Appointment as Lead Plaintiff and (3) Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934.  This Motion is based upon this notice of motion, the accompanying Memorandum of Points and Authorities in support thereof, the Affidavit of Theodore M. Hess-Mahan, the pleadings and other files and records in each of these actions, and such other written or oral argument as may be permitted by the Court.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the Operating Engineers Group hereby requests oral argument on this Motion.

DATED:  January 10, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 1/10/05

/s/ *Theodore M. Hess-Mahan*

/s/ *Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess-Mahan (BBO #557109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)

[Proposed] Liaison Counsel

- 1 -

- 2 -

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        SAMUEL H. RUDMAN
        DAVID A. ROSENFELD
        MARIO ALBA, JR.
        200 Broadhollow Road, Suite 406
        Melville, NY 11747
        Telephone: 631/367-7100
        631/367-1173 (fax)
            - and -
        WILLIAM S. LERACH
        DARREN J. ROBBINS
        RAMZI ABADOU
        401 B Street, Suite 1600
        San Diego, CA 92101
        Telephone: 619/231-1058
        619/231-7423 (fax)

        [Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Aspen Tech 04\MOT00017065-LP.doc