| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 06/07/2000 | 25,000 | $26.23 | $655,660.00 | 04/05/2002 | 11,400 | $17.05 | $194,316.42 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 08/14/2000 | 1,300 | $42.73 | $55,553.55 | 04/08/2002 | 700 | $17.00 | $11,898.11 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/01/2002 | 200 | $16.62 | $3,324.78 | 04/08/2002 | 200 | $17.75 | $3,550.20 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/04/2002 | 400 | $18.54 | $7,417.64 | 10/08/2002 | 600 | $1.26 | $753.12 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/05/2002 | 1,100 | $19.85 | $21,839.62 | 10/14/2002 | 100 | $1.05 | $105.00 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/08/2002 | 700 | $21.98 | $15,389.15 | 10/15/2002 | 1,400 | $1.25 | $1,756.86 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/14/2002 | 400 | $20.86 | $8,345.16 | 10/21/2002 | 500 | $1.44 | $720.00 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/15/2002 | 400 | $19.92 | $7,969.60 | 10/22/2002 | 700 | $1.28 | $894.46 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/18/2002 | 400 | $20.11 | $8,042.44 | 10/25/2002 | 600 | $1.50 | $902.22 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/19/2002 | 200 | $19.98 | $3,996.00 | 10/28/2002 | 400 | $1.64 | $654.88 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/19/2002 | 300 | $20.34 | $6,101.67 | 11/11/2002 | 400 | $1.90 | $760.80 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/21/2002 | 2,200 | $21.37 | $47,007.18 | 11/12/2002 | 500 | $1.87 | $933.35 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/22/2002 | 1,300 | $22.82 | $29,669.64 | 11/13/2002 | 300 | $1.86 | $557.49 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/22/2002 | 1,700 | $23.06 | $39,199.11 | 11/14/2002 | 400 | $1.93 | $770.32 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/25/2002 | 1,500 | $23.07 | $34,610.25 | 11/15/2002 | 700 | $2.11 | $1,479.80 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/25/2002 | 1,000 | $23.14 | $23,143.60 | 11/18/2002 | 400 | $2.31 | $923.28 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/26/2002 | 2,000 | $22.66 | $45,318.20 | 11/19/2002 | 100 | $2.30 | $230.00 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/27/2002 | 700 | $22.97 | $16,076.06 | 11/20/2002 | 1,100 | $2.20 | $2,420.00 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/28/2002 | 400 | $23.00 | $9,198.64 | 11/20/2002 | 400 | $2.40 | $960.00 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 03/28/2002 | 200 | $23.00 | $4,600.00 | 11/21/2002 | 400 | $2.60 | $1,040.00 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 04/01/2002 | 1,300 | $22.59 | $29,362.19 | 11/22/2002 | 300 | $2.51 | $751.77 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 04/04/2002 | 400 | $20.40 | $8,160.88 | 11/25/2002 | 700 | $2.73 | $1,912.26 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 04/05/2002 | 300 | $17.00 | $5,099.91 | 11/26/2002 | 800 | $2.81 | $2,249.60 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 04/09/2002 | 500 | $18.37 | $9,182.85 | 11/26/2002 | 200 | $2.88 | $575.00 | |

| Name | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 04/10/2002 | 500 | $18.06 | $9,032.45 | 11/27/2002 | 1,400 | $3.27 | $4,572.12 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 04/25/2002 | 200 | $15.18 | $3,035.10 | 11/29/2002 | 200 | $3.49 | $698.00 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 04/26/2002 | 700 | $14.82 | $10,375.26 | 07/28/2004 | 14,000 | $5.50 | $77,063.00 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 04/29/2002 | 100 | $13.43 | $1,343.46 | held | 26,300 | $5.87 | $154,381.00 | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/07/2002 | 900 | $11.52 | $10,368.00 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/09/2002 | 700 | $12.34 | $8,635.62 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/10/2002 | 1,400 | $11.89 | $16,640.12 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/10/2002 | 300 | $12.50 | $3,750.00 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/13/2002 | 500 | $10.54 | $5,271.10 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/14/2002 | 600 | $11.67 | $7,000.74 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/15/2002 | 100 | $11.80 | $1,179.83 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/16/2002 | 400 | $11.69 | $4,675.32 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/17/2002 | 100 | $11.90 | $1,190.48 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/20/2002 | 300 | $11.64 | $3,491.28 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 05/21/2002 | 200 | $11.39 | $2,278.80 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 09/04/2002 | 300 | $3.88 | $1,164.00 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 07/07/2004 | 2,700 | $6.55 | $17,687.97 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 07/08/2004 | 1,300 | $6.32 | $8,209.76 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 07/09/2004 | 2,000 | $6.62 | $13,234.60 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 07/12/2004 | 1,900 | $6.49 | $12,329.29 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 07/13/2004 | 2,800 | $6.48 | $18,146.80 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 07/14/2004 | 1,700 | $6.65 | $11,303.47 | | | | | |
| Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) | 07/20/2004 | 1,600 | $5.78 | $9,248.48 | | | | | |
| **Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66)** | | **65,200** | | **$1,273,860.05** | | **65,200** | | **$467,829.06** | **($806,030.99)** |
| City of Roseville Employees' Retirement System | 03/01/2002 | 8,000 | $16.66 | $133,308.00 | 07/03/2002 | 12,850 | $3.93 | $50,553.19 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| City of Roseville Employees' Retirement System | 03/04/2002 | 14,850 | $18.30 | $271,703.03 | 07/05/2002 | 23,750 | $3.86 | $91,577.63 | |
| City of Roseville Employees' Retirement System | 04/26/2002 | 13,750 | $15.11 | $207,733.63 | | | | | |
| **City of Roseville Employees' Retirement System** | | **36,600** | | **$612,744.65** | | **36,600** | | **$142,130.81** | *($470,613.84)* |
| **Movants' Total** | | **101,800** | | **$1,886,604.70** | | **101,800** | | **$609,959.87** | *($1,276,644.83)* |
| *For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $5.87 as of January 07, 2004. | | | | | | | | | |