UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TODD FENER, | ) | No. 04-cv-12375-RCL |
| | ) | |
| Plaintiff, | ) | <u>CLASS ACTION</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| ASPEN TECHNOLOGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| RICK STOCKMASTER, Individually and On Behalf of All Others Similarly Situated, | ) | No. 04-cv-12387-RCL |
| | ) | |
| | ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ASPEN TECHNOLOGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

[PROPOSED] ORDER GRANTING OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND (LOCAL 66) AND CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

Having considered the Motion to consolidate the related actions, appoint Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) and City of Roseville Employees' Retirement System as lead plaintiff, and to approve lead plaintiff's choice of lead counsel and liaison counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The related actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a);

3. The Court appoints the Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) and City of Roseville Employees' Retirement System as Lead Plaintiff; and

4. Lead Plaintiff's selection of Lead Counsel for the class is approved. The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Counsel and Shapiro Haber & Urmy LLP is approved as Liaison Counsel.

IT IS SO ORDERED.

DATED: _____    _____
                                                          THE HONORABLE REGINALD C. LINDSAY
                                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 1/10/05

      /s/ *Theodore M. Hess-Mahan*

S:\CasesSD\Aspen Tech 04\ORD00017069-LP.doc