UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TODD FENER, | ) | No. 04-cv-12375-RCL |
| | ) | |
| Plaintiff, | ) | <u>CLASS ACTION</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| ASPEN TECHNOLOGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| RICK STOCKMASTER, Individually and On Behalf of All Others Similarly Situated, | ) | No. 04-cv-12387-RCL |
| | ) | |
| | ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ASPEN TECHNOLOGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

LOCAL RULE 7.1(a)(2) CERTIFICATION

Civil Local Rule 7.1(a)(2) requires counsel to certify that they have conferred and attempted in good faith to resolve or narrow the issue before the Court. On January 4, 2005, and January 7, 2005, proposed lead counsel (Ramzi Abadou, Esq.) for Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) and City of Roseville Employees' Retirement System conferred with counsel for defendants to discuss Local Rule 7.1(a)(2)'s requirements. Counsel agreed that Local Rule 7.1(a)(2) is inapplicable to motions submitted pursuant to the Private Securities Litigation Reform Act of 1995 because said motions are mandated by statute. *See* 15 U.S.C. §§78u-4, *et seq.*

DATED: January 10, 2005                    Respectfully submitted,

                                            /s/ *Theodore M. Hess-Mahan*
                                            THEODORE M. HESS-MAHAN
CERTIFICATE OF SERVICE                      Thomas G. Shapiro (BBO #454680)
                                            Theodore M. Hess-Mahan (BBO #557109)
I hereby certify that a true copy of the above document    SHAPIRO HABER & URMY LLP
was served upon the attorney of record for each party by    53 State Street
mail on 1/10/05                             Boston, MA  02109
                                            Telephone:  617/439-3939
     /s/ *Theodore M. Hess-Mahan*           617/439-0134 (fax)

                                            [Proposed] Liaison Counsel

                                            LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            SAMUEL H. RUDMAN
                                            DAVID A. ROSENFELD
                                            MARIO ALBA, JR.
                                            200 Broadhollow Road, Suite 406
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)

- and -
WILLIAM S. LERACH
DARREN J. ROBBINS
RAMZI ABADOU
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Aspen Tech 04\NOT00017161-LR.doc

- 2 -