UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TODD FENER,                                                :
                                                           :
                        Plaintiff,                         :    Civil Action
        v.                                                 :    No. 04-12375-RCL
                                                           :
ASPEN TECHNOLOGY, INC., LAWRENCE B.                        :
EVANS, LISA W. ZAPPALA, DAVID L.                           :
MCQUILLIN AND CHARLES F. KANE,                             :
                                                           :
                        Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendants Aspen Technology, Inc. and Charles F. Kane in the above-captioned action.

Dated: January 7, 2005
       Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
Aspen Technology, Inc. and Charles F. Kane

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage pre-paid, on January 7, 2005.