UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------x
TODD FENER,                       :
                                  :
            Plaintiff,            :     Civil Action
                                  :     No. 04-12375-RCL
      v.                          :
                                  :
ASPEN TECHNOLOGY, INC., LAWRENCE B.:
EVANS, LISA W. ZAPPALA, DAVID L.  :
MCQUILLIN AND CHARLES F. KANE,    :
                                  :
            Defendants.           :
---------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Aspen Technology, Inc. ("Aspen"), hereby submits the following corporate disclosure statement:

    Aspen, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: January 7, 2005
       Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Aspen Technology, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage pre-paid, on January 7, 2005.

_____