UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------x
TODD FENER,

        Plaintiff,

v.

ASPEN TECHNOLOGY, INC., LAWRENCE B.
EVANS, LISA W. ZAPPALA, DAVID L.
MCQUILLIN AND CHARLES F. KANE,

        Defendants.
---------------------------------------x

Civil Action
No. 04-12375-RCL

RICK STOCKMASTER,

        Plaintiff,

v.

ASPEN TECHNOLOGY, INC., LAWRENCE
EVANS, DAVID MCQUILLIN, LISA W.
ZAPPALA AND CHARLES KANE,

        Defendants.
---------------------------------------x

Civil Action
No. 04-12387-RCL

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that the time for defendants Aspen Technology, Inc., Lawrence B. Evans, Lisa W. Zappala, David L. McQuillin and Charles F. Kane to move, answer or otherwise respond to the complaints in the above-captioned actions is hereby extended until sixty (60) days following the filing of a consolidated amended complaint superseding the complaints herein and in any other related actions.

IT IS FURTHER STIPULATED AND AGREED, that counsel for the respective individual defendants hereby agree to accept service of the summons and complaint on behalf of the individual defendants named herein.

Dated: January 4, 2005
Boston, Massachusetts

Respectfully submitted,

_____
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess-Mahan (BBO #557109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, Massachusetts 02109
(617) 439-3939

Samuel H. Rudman
Mario Alba, Jr.
David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
200 Broadhollow Road, Suite 406
Melville, New York 11747
(631) 367-7100

Counsel for Plaintiff
Todd Fener

_____
David Pastor (BBO #391000)
GILMAN AND PASTOR LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706

Counsel for Plaintiff
Rick Stockmaster

_____
Thomas J. Dougherty (BBO #132300)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
Aspen Technology, Inc. and Charles F. Kane

_____
Nicholas Theodorou (BBO #495730)
Peter M. Casey (BBO #553309)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Counsel for Defendant
Lawrence B. Evans

_____
John J. Falvey, Jr. (BBO #542674)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts 02110
(617) 248-7000

Counsel for Defendant
Lisa W. Zappala

2

*John G. Gilmore* (JAD)
John A.D. Gilmore (BBO #478680)
PIPER RUDNICK LLP
One International Place.
Boston, Massachusetts 02110
(617) 406-6000

Counsel for Defendant
David L. McQuillin

APPROVED AND SO ORDERED:

Dated: _____          _____
                                         Reginald C. Lindsay
                                         United States District Judge