UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD FENER, | Civil Action No. 04-12375-RCL |
| Plaintiff, | |
| v. | |
| ASPEN TECHNOLOGY, INC., LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN AND CHARLES F. KANE, | |
| Defendants | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in this matter as counsel for defendant David L. McQuillin.

John A.D. Gilmore  (BBO #193060)
PIPER RUDNICK LLP
One International Place
Boston, MA 02110
(617) 406-6000

Dated: January 10, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party (by mail)(by hand) on
1/10/05

~BOST1:316349.v1