UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TODD FENER, | ) | No. 04-cv-12375-RCL |
| | ) | |
| Plaintiff, | ) | CLASS ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| ASPEN TECHNOLOGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| RICK STOCKMASTER, Individually and On Behalf of All Others Similarly Situated, | ) | No. 04-cv-12387-RCL |
| | ) | |
| Plaintiff, | ) | CLASS ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| ASPEN TECHNOLOGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND (LOCAL 66) AND CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM'S NOTICE OF NON-OPPOSITION TO THEIR MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

On January 10, 2005, within 60 days of the publication of notice in this case on *Business Wire* on November 9, 2004, Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66) and City of Roseville Employees' Retirement System ("Operating Engineers Group") timely filed the only Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel (the "Motion") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

The Operating Engineers Group respectfully submits this Notice of Non-Opposition to inform the Court that the Motion is unopposed. *See* Local Rule 7.1(a)(2) Certification (filed on January 10, 2005). In addition to timely filing the only lead plaintiff motion in this case, the Operating Engineers Group (i) has the largest financial interest in the relief sought by the class; (ii) satisfies Federal Rule of Civil Procedure 23; and (iii) typifies the sort of institutional investor Congress hoped would serve as lead plaintiff in securities class actions such as this. *See In re Cendant Corp. Litig.*, 264 F.3d 201, 268 (3d Cir. 2001) (institutional investors, like the Operating Engineers Group, satisfy the requirements of Rule 23).

Accordingly, pursuant to the PSLRA, the Operating Engineers Group is the "most adequate plaintiff" to lead this litigation on behalf of the class, and its selection of lead and liaison counsel should be approved. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii); *In re Sprint Corp. Sec. Litig.*, 164 F. Supp.

2d 1240, 1242 n.2 (D. Kan. 2001) (granting unopposed lead plaintiff motion); *Greater Pa. Carpenters Pension Fund v. Adolor Corp.*, 2004 U.S. Dist. LEXIS 26205 (E.D. Pa. Dec. 29, 2004) (same).

| | |
|---|---|
| DATED: January 25, 2004 | Respectfully submitted, |
| | SHAPIRO HABER & URMY LLP<br>THOMAS G. SHAPIRO (BBO #454680)<br>THEODORE M. HESS-MAHAN (BBO #557109) |
| |           /s/ *Theodore M. Hess-Mahan*<br>THEODORE M. HESS-MAHAN |
| CERTIFICATE OF SERVICE | 53 State Street<br>Boston, MA 02109<br>Telephone: 617/439-3939<br>617/439-0134 (fax) |
| I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 1/25/05. | [Proposed] Liaison Counsel |
|      /s/ *Theodore M. Hess-Mahan* | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>MARIO ALBA, JR.<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>     - and -<br>WILLIAM S. LERACH<br>DARREN J. ROBBINS<br>RAMZI ABADOU<br>401 B Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
| | [Proposed] Lead Counsel for Plaintiffs |

S:\CasesSD\Aspen Tech 04\MOT00017558-NonOpp.doc

ASPEN TECH 04

Service List - 1/24/2005    (04-0449)

Page 1 of 2

**Counsel For Defendant(s)**

John A.D. Gilmore
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2600
　617/406-6000
　617/406-6100 (Fax)

Nicholas Theodorou
Peter M. Casey
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA  02210-2600
　617/832-1000
　617/832-7000 (Fax)

Thomas J. Dougherty
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108
　617/573-4800
　617/573-4822 (Fax)

John J. Falvey, Jr.
Testa, Hurwitz & Thibeault, LLP
High Street Tower, 125 High Street
Boston, MA  02110
　617/248-7000
　617/248-7100 (Fax)

**Counsel For Plaintiff(s)**

David Pastor
Gilman And Pastor, L.L.P.
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906
　781/231-7850
　781/231-7840 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
　631/367-7100
　631/367-1173 (Fax)

William S. Lerach
Darren J. Robbins
Ramzi Abadou
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
　619/231-1058
　619/231-7423 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skivirsky
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
　610/667-7706
　610/667-7056 (Fax)

ASPEN TECH 04

Service List - 1/24/2005    (04-0449)

Page 2 of 2

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA  02109
   617/439-3939
   617/439-0134 (Fax)