UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE ASPEN TECHNOLOGY, INC.,
SECURITIES LITIGATION

Civil Action No. 04-12375-RCL

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Samuel H. Rudman, David A. Rosenfeld and Mario Alba, Jr., of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, to appear on behalf of plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.      Samuel H. Rudman, Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 200 Broadhollow Road, Suite 406, Melville, NY 11747, tel.: (631) 367-7100, fax: (631) 367-1173, e-mail: srudman@lerachlaw.com, is and has been a member in good standing of the bar of the State of New York and in the United States District Court for the Southern and Eastern Districts of New York.

2.      There are no disciplinary proceedings pending against Mr. Rudman as a member of the bar in any jurisdiction.

3.      Mr. Rudman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.      In further support of this motion, Mr. Rudman has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

5.      David A. Rosenfeld, Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 200

Broadhollow Road, Suite 406, Melville, NY 11747, tel.: (631) 367-7100, fax: (631) 367-1173, e-mail: drosenfeld@lerachlaw.com, is and has been a member in good standing of the bar of the State of New York and in the United States District Court for the Southern and Eastern Districts of New York.

6.     There are no disciplinary proceedings pending against Mr. Rosenfeld as a member of the bar in any jurisdiction.

7.     Mr. Rosenfeld has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8.     In further support of this motion, Mr. Rosenfeld has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

9.     Mario Alba, Jr., Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 200 Broadhollow Road, Suite 406, Melville, NY 11747, tel.: (631) 367-7100, fax: (631) 367-1173, e-mail: malba@lerachlaw.com, is and has been a member in good standing of the bar of the State of New York and in the United States District Court for the Southern and Eastern Districts of New York.

10.     There are no disciplinary proceedings pending against Mr. Alba as a member of the bar in any jurisdiction.

11.     Mr. Alba has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

12.     In further support of this motion, Mr. Alba has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Messrs. Rudman, Rsosenfeld and Alba be admitted to practice before this Court *pro hac vice*.

Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiffs

Dated: February 18, 2005