UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD FENER, ) | No. 04-cv-12375-RCL |
| ) | |
| Plaintiff, ) | CLASS ACTION |
| ) | |
| vs. ) | |
| ) | |
| ASPEN TECHNOLOGY, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| RICK STOCKMASTER, Individually and On ) Behalf of All Others Similarly Situated, ) | No. 04-cv-12387-RCL |
| ) | |
| Plaintiff, ) | CLASS ACTION |
| ) | |
| vs. ) | |
| ) | |
| ASPEN TECHNOLOGY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I Mario Alba, Jr., hereby certify that:

1. I am a member in good standing of the bars of the State of New York, the United States District Court for the Southern and Eastern Districts of New York.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED: February 4, 2005

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: _____/s/ Mario Alba_____
       MARIO ALBA, JR.
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

I:\Aspen Technology\Pleadings\Cert for Admit PHV MAjr.doc

- 1 -