UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
ASPEN TECHNOLOGY                    )        Civil Action No. 04-12375-RCL
SECURITIES LITIGATION               )
                                    )
_____)

## RECUSAL ORDER

I hereby recuse myself with respect to the above-entitled action, because of my association in private law practice with counsel representing the David Mcquillin.

      /s/ REGINALD C. LINDSAY

      United States District Judge

DATED: February 23, 2005