UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

In Re: Aspen Technology, Inc. Securities Litigation      **CIVIL ACTION**
                                                         **NO. 04 CV 12375 (RCL)**
_____

### NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman & Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: May 24, 2005                                      Respectfully submitted,

                                                         /s/ David Pastor_____
                                                         David Pastor (BBO # 391000)
                                                         GILMAN AND PASTOR, LLP
                                                         60 State Street, 37th Floor
                                                         Boston, MA 02109
                                                         Telephone: (617) 742-9700
                                                         Facsimile: (617) 742-9701

                                                         Attorney for Plaintiffs