UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
:
In re ASPEN TECHNOLOGY, INC.    :  Civil Action
SECURITIES LITIGATION           :  No. 04-12375-JLT
:
---------------------------------- x

FILED
IN CLERK'S OFFICE

2005 OCT 25  P 4: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that the time for the defendants to move, answer or otherwise respond to the Consolidated Amended Complaint in the above-captioned action is hereby extended pending filing by November 15, 2005, of a joint motion for preliminary approval of settlement. The parties have reached agreement in principle to settle the matter and are currently drafting definitive proposed settlement papers for submission to the Court for preliminary approval, to be followed by notice to the class, and a final approval hearing under Fed. R. Civ. P. 23.

Dated: October 25, 2005
       Boston, Massachusetts

_____
Samuel H. Rudman
Russell J. Gunyan
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
200 Broadhollow Road, Suite 406
Melville, New York 11747
(631) 367-7100

Lead Counsel to Plaintiffs and Putative Class

Thomas G. Shapiro (BBO #454680)
Theodore M. Hess-Mahan (BBO #557109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, Massachusetts 02109
(617) 439-3939

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Duly Authorized on Behalf of Defendants

APPROVED AND SO ORDERED:

_____
Joseph L. Tauro, U.S. District Judge
Dated: 10/31/05

