UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re ASPEN TECHNOLOGY, INC.  :  Civil Action
SECURITIES LITIGATION          :  No. 04-12375-JLT
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

### JOINT REQUEST FOR PRELIMINARY APPROVAL HEARING

The parties respectfully request that the Court schedule a preliminary hearing on the settlement of the above-captioned action as soon as practicable for the Court.

Dated: November 16, 2005                Respectfully submitted,

/s/ Samuel H. Rudman                          /s/ Thomas J. Dougherty
Samuel H. Rudman (admitted pro hac vice)      Thomas J. Dougherty (BBO #132300)
Russell J. Gunyan (admitted pro hac vice)     SKADDEN, ARPS, SLATE,
LERACH COUGHLIN STOIA GELLER                    MEAGHER & FLOM LLP
  RUDMAN & ROBBINS LLP                        One Beacon Street
200 Broadhollow Road, Suite 406               Boston, Massachusetts 02108
Melville, New York 11747                      (617) 573-4800
(631) 367-7100

                                              Duly Authorized on Behalf of Defendants

Lead Counsel to Plaintiffs
  and Putative Class