UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                       :
In re ASPEN TECHNOLOGY, INC.    :    Civil Action
SECURITIES LITIGATION               :    No. 04-12375-JLT
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**LEAD PLAINTIFFS' SUPPLEMENTAL SUBMISSION**
**IN CONNECTION WITH PRELIMINARY APPROVAL HEARING**

Lead Plaintiffs City of Roseville Employees' Retirement System and Operating Engineers Construction Industry and Miscellaneous Pension Fund (Local 66), by their counsel, hereby respectfully submit the following updated "Attachment 1" to the Stipulation and Agreement of Compromise, Settlement and Release of Securities Action (the "Securities Stipulation"), submitted to the Court on November 16, 2005, in connection with the Preliminary Approval Hearing scheduled for Monday, December 12, 2005, at 10:00 a.m.

This updated Attachment 1 provides, <u>inter alia</u>, the Plan of Allocation and request for attorneys' fees.

Dated: December 7, 2005                        Respectfully submitted,

                                                    /s/ Samuel H. Rudman
                                                    Samuel H. Rudman (admitted pro hac vice)
                                                    Russell J. Gunyan (admitted pro hac vice)
                                                    LERACH COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
                                                    200 Broadhollow Road, Suite 406
                                                    Melville, New York 11747
                                                    (631) 367-7100

                                                    Lead Counsel to Plaintiffs
                                                      and Putative Class