FILED
IN CLERKS OFFICE

'05 DEC 14 P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re ASPEN TECHNOLOGY, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 04-cv-12375-RCL |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | FILING FEE PAID: RECEIPT # 68916 AMOUNT $ 50.00 |
| ALL ACTIONS. | ) ) ) | BY DPTY CLK _pcr_ DATE 12-14-05 |

MOTION OF THOMAS G. SHAPIRO REQUESTING ADMISSION OF ELLEN GUSIKOFF STEWART *PRO HAC VICE*

COMES NOW Thomas G. Shapiro and moves the Court, pursuant to Local Rule 83.5.3(b) for an Order allowing the admission of Ellen Gusikoff Stewart *pro hac vice*, stating as follows:

1. I am a resident of the State of Massachusetts, a member in good standing of the state bar of Massachusetts, and licensed to practice law in Massachusetts.

2. I am familiar with Ellen Gusikoff Stewart who petitions this Court for admission *pro hac vice*.

3. Thomas G. Shapiro and the law firm of Shapiro Haber & Urmy LLP, will be associated as local counsel with Ellen Gusikoff Stewart and her law firm Lerach Coughlin Stoia Geller Rudman & Robbins LLP in this case.

4. I can state that I find Ellen Gusikoff Stewart to be a reputable attorney and recommend her admission to practice before this Court.

5. Attached is the Certificate of Ellen Gusikoff Stewart in support of this Motion for Admission *pro hac vice*.

WHEREFORE, Thomas G. Shapiro moves this Court to admit Ellen Gusikoff Stewart *pro hac vice* before this Court in this matter.

DATED: December 13, 2005

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO #454680)
THEODORE M. HESS-MAHAN (BBO #557109)

_____
THOMAS G. SHAPIRO

53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)

Interim Liaison Counsel

- 2 -

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        SAMUEL H. RUDMAN
        DAVID A. ROSENFELD
        MARIO ALBA, JR.
        200 Broadhollow Road, Suite 406
        Melville, NY  11747
        Telephone:  631/367-7100
        631/367-1173 (fax)

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        WILLIAM S. LERACH
        DARREN J. ROBBINS
        ELLEN GUSIKOFF STEWART
        RAMZI ABADOU
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)

        Interim Lead Counsel for Plaintiffs

S:\Settlement\Aspen.set\MTN PRO HAC 00026737.doc