FILED
CLERK'S OFFICE

2005 DEC 14  P 2: 36

DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ASPEN TECHNOLOGY, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | )  Master File No. 04-cv-12375-RCL<br>)<br>)  <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF ELLEN GUSIKOFF STEWART

I, ELLEN GUSIKOFF STEWART state the following:

1. I am a member in good standing of the Bar of the State of California.

2. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. I and all attorneys of my firm who directly or indirectly provide services to the party or cause at issue will be bound by all Rules of this Court.

4. I am admitted for the practice of law in the following courts:

| Court | Admission |
| --- | --- |
| Southern District of California | December 18, 1989 |
| Central District of California | February 6, 1990 |
| Northern District of California | February 1990 |
| Eastern District of California | January 6, 1995 |
| Western District of Michigan | March 1995 |
| Ninth Circuit Court of Appeals | February 3, 1992 |
| Sixth Circuit Court of Appeals | November 12, 2003 |

5. I have not been disbarred or suspended, and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

DATED: December 13, 2005

_____
ELLEN GUSIKOFF STEWART

S:\Settlement\Aspen.set\CERTIFICATE 00026734.doc