UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ASPEN TECHNOLOGY, INC. SECURITIES LITIGATION | ) Master File No. 04-cv-12375-RCL )<br>) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective December 19, 2005, Lerach Coughlin Stoia Geller Rudman & Robbins LLP will have relocated its Melville office as shown below:

> LERACH COUGHLIN STOIA GELLER
> RUDMAN & ROBBINS LLP
> 58 South Service Road, Suite 200
> Melville, NY 11747
> Telephone: 631/367-7100
> 631/367-1173 (fax)

> SHAPIRO HABER & URMY LLP
> THOMAS G. SHAPIRO (BBO #454680)
> THEODORE M. HESS-MAHAN (BBO #557109)
> 53 State Street
> Boston, MA 02109
> Telephone: 617/439-3939
> 617/439-0134 (fax)
>
> Interim Liaison Counsel

DATED: December 20, 2005

> LERACH COUGHLIN STOIA GELLER
>   RUDMAN & ROBBINS LLP
> WILLIAM S. LERACH
> DARREN J. ROBBINS
> RAMZI ABADOU
>
> /s/ William S. Lerach
> _____
> WILLIAM S. LERACH
> 655 West Broadway, Suite 1900
> San Diego, CA 92101-3301
> Telephone: 619/231-1058
> 619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Interim Lead Counsel for Plaintiffs

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101-3301.

2. That on December 21, 2005, declarant served the **NOTICE OF CHANGE OF FIRM ADDRESS** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this twenty-first day of December, 2005, at San Diego, California.

_____
Terree DeVries

ASPEN TECH 04
Service List - 12/14/2005  (04-0449)
Page 1 of 2

**Counsel For Defendant(s)**

John A.D. Gilmore
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2600
  617/406-6000
  617/406-6100(Fax)

Nicholas Theodorou
Peter M. Casey
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA  02210-2600
  617/832-1000
  617/832-7000(Fax)

Thomas J. Dougherty
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108
  617/573-4800
  617/573-4822(Fax)

John J. Falvey, Jr.
Testa, Hurwitz & Thibeault, LLP
High Street Tower, 125 High Street
Boston, MA  02110
  617/248-7000
  617/248-7100(Fax)

**Counsel For Plaintiff(s)**

David Pastor
Gilman And Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
  617/742-9700
  617/742-9701(Fax)

William S. Lerach
Darren J. Robbins
Ramzi Abadou
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423(Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
  631/367-7100
  631/367-1173(Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056(Fax)

ASPEN TECH 04
Service List - 12/14/2005  (04-0449)
Page 2 of 2

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA  02109
  617/439-3939
  617/439-0134(Fax)