UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re ASPEN TECHNOLOGY, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 04-cv-12375-RCL <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) | LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |

      Lead Plaintiffs hereby move this Court to enter an Order finally approving the settlement of this litigation and dismissing it against the defendants with prejudice. Lead Plaintiffs' motion is based upon the Memorandum in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds; the Stipulation and Agreement of Compromise, Settlement and Release of Securities Action dated as of November 16, 2005, all other pleadings and matters of record, and such additional evidence and testimony as may be presented at the hearing on Lead Plaintiffs' motion.

- 1 -

DATED: February 27, 2006                 Respectfully Submitted,

                                         /s/Theodore M. Hess-Mahan
                                         Thomas G. Shapiro BBO #454680
                                         Theodore M. Hess-Mahan BBO #557109
                                         Shapiro Haber & Urmy LLP
                                         53 State Street
                                         Boston, MA  02109
                                         Telephone:  617/439-3939

                                         Liaison Counsel

                                         LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                         SAMUEL H. RUDMAN
                                         DAVID A. ROSENFELD
                                         MARIO ALBA, JR.
                                         58 South Service Road, Suite 200
                                         Melville, NY  11747
                                         Telephone:  631/367-7100

                                         LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                         WILLIAM S. LERACH
                                         DARREN J. ROBBINS
                                         ELLEN GUSIKOFF STEWART
                                         RAMZI ABADOU
                                         655 West Broadway, Suite 1900
                                         San Diego, CA  92101
                                         Telephone:  619/231-1058

                                         Lead Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 27, 2006.

                                         **/s/Theodore M. Hess-Mahan**
                                         Theodore M. Hess-Mahan