# EXHIBIT 1


*ASPN1*
EXCL00001*

January 6, 2006

▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬    [T]URN RECEIPT REQUESTED

▬▬▬▬▬▬▬▬

Aspen Technology, Inc. Securities Litigation Exclusions
c/o Gilardi & Co.
1115 Magnolia Avenue
Larkspur, CA  94939

    Re:    *Aspen Technology, Inc. Securities Litigation*

Dear Gilardi & Co.

    We request to be excluded from the class.

    Our names and address are:

        Herbert G. Blecker
        10129 Sorrel Avenue
        Potomac, Maryland 20854
        Tel:  (301) 299-2128

        Eunice E. Blecker
        10129 Sorrel Avenue
        Potomac, Maryland 20854
        Tel:  (301) 299-2128

    Our purchases and sales of Aspen Technology common stock during the Class Period
are as follows:

| Number of Shares | Acquisition Date | Acquisition Price | Date of Sale | Sales Price |
|---|---|---|---|---|
| 50,000 | 28 Aug 2000 | ( | 22 Nov 2004 | $ 275,153 |
| 50,000 | 28 Aug 2000 | ( $ 12,400,000 | 23 Nov 2004 | $ 277,968 |
| 10,000 | 28 Aug 2000 | ( for all shares | 24 Nov 2004 | $  52,399 |
| 18,400 | 28 Aug 2000 | ( acquired on | 24 Nov 2004 | $ 101,644 |
| 20,000 | 28 Aug 2000 | ( 28 Aug 2000 | 24 Nov 2004 | $ 103,797 |
| 100,000 | 28 Aug 2000 | ( | 23 Nov 2004 | $ 555,102 |
| 11 | 28 Aug 2000 | ( | NA | NA |

                    Sincerely yours,

                    Herbert G. Blecker

                    Eunice E. Blecker



January 6, 2006

▓▓▓ RETURN RECEIPT REQUESTED

Aspen Technology, Inc. Securities Litigation Exclusions
c/o Gilardi & Co.
1115 Magnolia Avenue
Larkspur, CA  94939

    Re:   *Aspen Technology, Inc. Securities Litigation*

Dear Gilardi & Co.

    I request to be excluded from the class.

    My name and address are:

        Herbert G. Blecker
        10129 Sorrel Avenue
        Potomac, Maryland 20854
        Tel: (301) 299-2128

    My purchases and sales of Aspen Technology common stock during the Class Period are as follows:

| Number of Shares | Acquisition Date | Acquisition Price | Date of Sale | Sales Price |
|---|---|---|---|---|
| 10,000 | 19 Jun 2002 | $ 87,178 | 26 Feb 2004 | $ 84,701 |

Sincerely yours,

Herbert G. Blecker



*ASPN1-
EXCL00003*

**BOS FELDMAN**
2.IIAM DRIVE
I, TEXAS 77019
-446-4493
os_feldman@yahoo.com

RECEIVED PR
FEB 13 2006
CLAIMS CENTER

**Sent via U.S.P.S. First Class Mail, Certified, Return Receipt Requested**

*Aspen Technology Securities Litigation*                    February 10, 2006
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

I, Michael Bos Feldman, hereby request exclusion from the Class in the Aspen Technology, Inc. Securities Litigation.  My address is 2204 Pelham Drive, Houston, Texas 77019.  My telephone number is 713-446-4493. The dates, prices and number of shares of all purchases and sales of AspenTech common stock during the Class Period are as follows:

| Date Acquired | No. of Shares | Purchase Price | Total Cost | Date Sold | Sales Price | Total Received |
|---|---|---|---|---|---|---|
| **Shares Acquired on 7/15/01 in Merger Agreement** | | | | | | |
| 7/15/2001 | 600 | 24.743 | 14,845.80 | 10/16/2001 | 12.55 | 7,530.00 |
| 7/15/2001 | 200 | 24.743 | 4,948.60 | 10/16/2001 | 12.535 | 2,507.00 |
| 7/15/2001 | 100 | 24.743 | 2,474.30 | 10/16/2001 | 12.53 | 1,253.00 |
| 7/15/2001 | 5,000 | 24.743 | 123,715.00 | 10/29/2001 | 13.48456 | 67,422.79 |
| 7/15/2001 | 1,900 | 24.743 | 47,011.70 | 11/6/2001 | 15.99446 | 30,389.47 |
| 7/15/2001 | 7,200 | 24.743 | 178,149.60 | 11/6/2001 | 15.98444 | 115,088.00 |
| 7/15/2001 | 400 | 24.743 | 9,897.20 | 11/6/2001 | 16.01445 | 6,405.78 |
| 7/15/2001 | 500 | 24.743 | 12,371.50 | 11/6/2001 | 16.00446 | 8,002.23 |
| 7/15/2001 | 4,100 | 24.743 | 101,446.30 | 11/6/2001 | 15.04439 | 61,682.00 |
| 7/15/2001 | 3,500 | 24.743 | 86,600.50 | 12/31/2001 | 16.76 | 58,660.00 |
| 7/15/2001 | 10,000 | 24.743 | 247,430.00 | 1/29/2002 | 19.4697 | 194,697.00 |
| 7/15/2001 | 15,000 | 24.743 | 371,145.00 | 1/30/2002 | 19.04973 | 285,746.00 |
| 7/15/2001 | 25,000 | 24.743 | 618,575.00 | 1/31/2002 | 19.7697 | 494,242.56 |
| 7/15/2001 | 50,000 | 24.743 | 1,237,150.00 | 3/7/2002 | 20.75118 | 1,037,559.00 |
| 7/15/2001 | 15,000 | 24.743 | 371,145.00 | 9/10/2002 | 4.049867 | 60,748.00 |
| 7/15/2001 | 10,000 | 24.743 | 247,430.00 | 9/10/2002 | 4.1999 | 41,999.00 |
| 7/15/2001 | 15,000 | 24.743 | 371,145.00 | 9/12/2002 | 3.8266 | 57,399.00 |
| 7/15/2001 | 80,000 | 24.743 | 1,979,440.00 | 10/8/2002 | 1.28746 | 102,996.80 |
| 7/15/2001 | 40,000 | 24.743 | 989,720.00 | 10/15/2002 | 1.699949 | 67,997.95 |
| 7/15/2001 | 39,824 | 24.743 | 985,365.23 | 10/18/2002 | 1.460156 | 58,149.24 |
| Sub-total | 323,324 | 24.743 | 8,000,005.73 | | 8.537797 | 2,760,474.82 |
| **Shares Purchased through Brokerage Account** | | | | | | |
| 10/22/2001 | 900 | 11.52 | 10,365.00 | 12/11/2001 | 15.04444 | 13,540.00 |
| 11/21/2001 | 5,000 | 13.02 | 65,075.00 | 12/11/2001 | 15.0445 | 75,222.51 |
| 11/14/2001 | 5,000 | 14.02 | 70,075.00 | 12/12/2001 | 15.98447 | 79,922.37 |
| 11/14/2001 | 5,000 | 14.02 | 70,075.00 | 12/12/2001 | 16.01447 | 80,072.37 |
| 7/5/2002 | 10,000 | 3.92 | 39,150.00 | 8/16/2002 | 2.985 | 29,850.00 |

*Aspen Technology Securities Litigation*
February 10, 2006
Page 2

| | Sub-total | 25,900 | 9.84 | 254,740.00 | | 10.75704 | 278,607.25 |
|---|---|---|---|---|---|---|---|

Put and Call on Aspen Technology Shares

| | 7/14/2001 | 100,000 | 0 | - | 1/25/2002 | 3.15 | 315,000.00 |
|---|---|---|---|---|---|---|---|

Sincerely,

Michael Bos Feldman

William Joseph Korchinski
1516 Sinaloa Drive,
Santa Barbara, CA 93108
February 8, 2006
Telephone: (805) 969-4528





*ASPN1-
EXCL00004*

P.O. Box 8040,
San Rafael CA 94912-8040

**Re: Exclusion from Aspen Technology, Inc. Securities Litigation Civil Action 04-12375-JLT**

To Whom It May Concern:

Please be advised that I, William Joseph Korchinski request exclusion from the Class in the Aspen Technology, Inc. Securities Litigation (Aspen Technology, Inc. Securities Litigation Civil Action 04-12375-JLT). My record of all Aspen Technology, Inc. common stock purchases and sales is attached for your reference.

Sincerely,

William Joseph Korchinski

EXCL #4

| Date | Transaction | Number of shares | Price |
|------|-------------|------------------|-------|
| July 15, 1997 | Buy | 156 | $31.98 |
| January 29, 1998 | Buy | 171 | $29.11 |
| June 30, 1998 | Buy | 175 | $28.48 |
| October 6, 1998 | Buy | 1500 | $7.13 |
| November 21,1998 | Buy | 350 | $13.63 |
| December 31, 1998 | Buy | 405 | $12.33 |
| February 18, 1999 | Buy | 1050 | $14.00 |
| June 30, 1999 | Buy | 500 | $9.99 |
| December 31, 1999 | Buy | 490 | $10.20 |
| June 30, 2000 | Buy | 196 | $25.45 |
| March 20, 2000 | Sell | 200 | $50.00 |
| May 2, 2000 | Buy | 300 | $33.00 |
| June 30, 2001 | Buy | 243 | $20.57 |
| June 23, 2003 | Sell | 400 | $5.25 |
| June 23, 2003 | Sell | 600 | $5.25 |
| June 23, 2003 | Sell | 1000 | $5.25 |
| October 14, 2003 | Sell | 1300 | $5.00 |
| October 14, 2003 | Sell | 2036 | $5.00 |

**This is the record of all AZPN shares bought and sold by William J. Korchinski**



*ASPN1-
EXCL00005*

RT, MORTON, OGDEN, STAUB,
ROUGELOT & O'BRIEN, LLC

ATTORNEYS AND COUNSELLORS AT LAW

TERRENCE G. O'BRIEN
DIRECT DIAL (504) 599-8509
E-MAIL tobrien@taggartmorton.com

2100 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2100

TELEPHONE (504) 599-8500
FACSIMILE (504) 599-8501
www.taggartmorton.com

COVINGTON, LA OFFICE

71206 HENDRY AVENUE
COVINGTON, LOUISIANA 70433
TELEPHONE (985) 892-8592
FACSIMILE (985) 899-9237

February 10, 2006

RECEIVED pp

FEB 16 2006

CLAIMS CENTER

Aspen Technology Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O.Box 8040
San Rafael, CA 94912-8040

Dear Class Administrator:

F/V Software, LLC requests exclusion from the Class in the Aspen Technology, Inc.
Securities Litigation.

The address for F/V Software, LLC is c/o Terrence G. O'Brien, 1100 Poydras St., suite
2100, New Orleans, LA 70163. Its telephone number is 504-599-8500.

F/V Software, LLC was issued 96,629 unregistered shares of Aspen Technology, Inc.
common stock on June 15, 2001 in connection with a Membership Interest Purchase
Agreement of same date among Aspen, Coppermine LLC and Computerized Processes
Unlimited LLC. F/V Software, LLC sold its shares in December 2001 for $16 per share.

Sincerely,

Terrence O'Brien
Attorney for F/V Software, LLC



RECEIVED

FEB 17 2005

CLAIMS CENTER

Clayton J. White
3810 Post Oak Ave.
New Orleans, LA  70131

Aspen Technology Securities Litigation
Claims Administrator
C/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040

To Whom It May Concern:

The undersigned, Clayton J. White, is specifically demanding to be excluded from the Class in the Aspen Technology, Inc. Securities Litigation. Undersigned's address and telephone are as follows:

Clayton J. White
3810 Post Oak Ave.
New Orleans, LA  70131

Phone: 504-393-2281

The table below provides the dates, prices, and number of share of all purchases and sales by the undersigned of AspenTech common stock during the class period.

| Date | Transaction | Price | Shares |
|------|-------------|-------|--------|
| 6/15/2001 | Purchase | 25.58600 | 14,579 |
| 12/21/2001 | Sold | 15.96000 | 10,000 |
| 1/25/2002 | Sold | 20.00000 | 1,000 |
| 1/31/2002 | Sold | 19.90000 | 3,579 |
| 6/15/2001 | Purchase | 25.58600 | 14,579 |
| 12/4/2002 | Sold | 3.02450 | 6,000 |
| 5/16/2003 | Sold | 3.50000 | 2,000 |
| 10/30/2003 | Sold | 7.59000 | 2,000 |
| 11/3/2003 | Sold | 8.72000 | 2,000 |
| 11/7/2003 | Sold | 8.48000 | 2,000 |
| 1/5/2004 | Sold | 10.90648 | 579 |
| 12/31/2001 | Purchase | 14.28000 | 350 |
| 1/30/2002 | Sold | 19.87500 | 350 |
| 6/30/2002 | Purchase | 7.09000 | 705 |
| 10/7/2003 | Sold | 4.75000 | 705 |
| 7/8/2002 | Purchase | 3.41000 | 3,056 |

| 10/7/2003 | Sold | 4.75000 | 1,295 |
|---|---|---|---|
| 10/8/2003 | Sold | 5.08000 | 1,000 |
| 10/10/2003 | Sold | 5.98000 | 761 |
| 6/30/2003 | Purchase | 2.42365 | 2,063 |
| 10/10/2003 | Sold | 5.98000 | 739 |
| 10/21/2003 | Sold | 6.48000 | 1,000 |
| 3/30/2004 | Sold | 8.21968 | 324 |
| 10/7/2003 | Purchase | 2.98000 | 347 |
| 10/7/2003 | Sold | 5.47000 | 347 |
| 10/7/2003 | Purchase | 2.75000 | 831 |
| 10/7/2003 | Sold | 5.47000 | 831 |
| 1/2/2004 | Purchase | 3.99680 | 1,251 |
| 1/5/2004 | Sold | 10.90648 | 421 |
| 1/13/2004 | Sold | 12.21342 | 500 |
| 3/30/2004 | Sold | 8.21968 | 330 |
| 7/1/2004 | Purchase | 2.75000 | 187 |
| 7/1/2004 | Sold | 6.28128 | 187 |

The undersigned hereby expressly requests to be excluded from the Class in the Aspen Technology, Inc. Securities litigation.

Sincerely

Clayton J. White

2/13/2006
Date

**Computerized Processes Unlimited  LLC**
**2901 Houma Blvd.**
**Suite 5**
**Metairie, LA  70006**
**www.cpullc.com**



*ASPN1-
EXCL00007*

c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040

RECEIVE̶

FEB 17 ̶

CLAIMS C̶

Subject: Request for Exclusion Civil Action No. 04-12375-JLT

Claims Administrator,

Please exclude twenty-nine thousand one hundred fifty-eight (29,158) shares of Aspen
Technology, Inc. common stock purchased by Computerized Processes Unlimited LLC
under Membership Interest Purchase Agreement, dated June 15, 2001, among Aspen
Technology, Inc., Coppermine LLC, and Computerized Processes Unlimited LLC.
Copies of pertinent pages of the Membership Interest Purchase Agreement, and the
related stock certificate (AZ10013), also dated June 15, 2001, are enclosed.

Additional information will be provided if requested.

Per your instructions, information pertaining to person requesting exclusion follows:

Marcus M. Chevis
4421 Burke Drive
Metairie, LA  70003
Phone: (504) 780-8046            Fax: (504) 780-0454
Date of Purchase: June 15, 2001
Number of Shares: 29,158
Share Price: $25.586

Please advise if we may provide additional information.

COMPUTERIZED PROCESSES UNLIMITED LLC

*Marcus M. Chevis*

Marcus M. Chevis, P.E.

Phone: (504) 456-7446                    Fax: (504) 780-0454



# MEMBERSHIP INTEREST PURCHASE AGREEMENT

Dated as of June 15, 2001

among

ASPEN TECHNOLOGY, INC.,

COPPERMINE LLC

and

COMPUTERIZED PROCESSES UNLIMITED, L.L.C.

THIS MEMBERSHIP INTEREST PURCHASE AGREEMENT dated as of June 15, 2001 (this "Agreement") is entered into among Aspen Technology, Inc., a Delaware corporation ("Aspen"), Coppermine LLC, a Delaware limited liability company ("Coppermine"), and Computerized Processes Unlimited, L.L.C., a Louisiana limited liability company and the sole member of Coppermine ("CPU"). Aspen, Coppermine and CPU are collectively referred to herein as the "Parties."

### PRELIMINARY STATEMENT

A. CPU has operated a Plant Application Integration Business unit engaged in developing, marketing and selling its IntelliPlant software products and in providing system integration services to IntelliPlant customers, including planning, installation, documentation and management.

B. Immediately prior to the execution and delivery of this Agreement (the "Contribution Time"), CPU entered into a contribution agreement with Coppermine (the "Act of Contribution") pursuant to which CPU contributed to Coppermine specified assets identified therein (the "PAI Assets"), and Coppermine assumed specified liabilities identified therein (the "PAI Liabilities"), associated with the line of business (the "PAI Business") previously conducted by CPU's Plant Application Integration Business unit.

C. CPU, as of the date hereof, is the sole member of Coppermine. Aspen wishes to purchase, and CPU wishes to sell, CPU's entire limited liability company interest in Coppermine (the "Coppermine Interest") for the consideration set forth below, subject to the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the representations, warranties and covenants herein contained, the Parties agree as follows:

### ARTICLE I. PURCHASE AND SALE OF COPPERMINE INTEREST

1.1. Purchase Price. Subject to and upon the terms and conditions of this Agreement, at the closing of the transactions contemplated by this Agreement (the "Closing"), CPU is selling, transferring, conveying, assigning and delivering to Aspen, and Aspen is purchasing, acquiring and accepting from CPU, all right, title and interest in and to the Coppermine Interest, free and clear of any Security Interest (as defined below), for a purchase price consisting of 441,648 shares (the "Aspen Shares") of the common stock, $.10 par value per share, of Aspen ("Aspen Common").

1.2. Closing. The Closing is being held at the offices of Hale and Dorr LLP in Boston, Massachusetts, as of 10 A.M., Eastern daylight savings time, on the date hereof. At the Closing:

(a) the Parties are delivering this Agreement;

(b) CPU is delivering to Aspen an instrument of assignment of limited liability company interest with respect to the transfer of the Coppermine Interest (the "Assignment");

(c) Aspen is delivering to CPU certificates registered in the name of CPU and the persons and entities named in Schedule 1.2(c), as designees of CPU, each certificate representing the number of shares set forth opposite each person's or entity's name on Schedule 1.2(c), and representing, in the aggregate, 397,483 of the Aspen Shares;

(d) Aspen is delivering to American Stock Transfer and Trust Company, Inc., as escrow agent (the "Escrow Agent"), a certificate registered in the name of the Escrow Agent or its nominee and representing 44,165 of the Aspen Shares (the "Escrowed Aspen Shares"); and

-1-

## Schedule 1.2(c)

| Name | Number of Shares of Aspen Common Issued at Closing |
|------|:---:|
| Advantage Capital Partners VI, Limited<br>LL&E Tower, Suite 2230<br>909 Poydras Street<br>New Orleans, Louisiana 70112 | 44,467 |
| Advantage Capital Partners VII, Limited<br>LL&E Tower, Suite 2230<br>909 Poydras Street<br>New Orleans, Louisiana 70112 | 32,447 |
| Advantage Capital Partners VIII, Limited<br>LL&E Tower, Suite 2230<br>909 Poydras Street<br>New Orleans, Louisiana 70112 | 11,054 |
| Advantage Capital Partners X, Limited<br>LL&E Tower, Suite 2230<br>909 Poydras Street<br>New Orleans, Louisiana 70112 | 8,658 |
| James B. Bassich<br>3004 Coliseum Street<br>New Orleans, Louisiana 70115 | 29,158 |
| Michael S. Benbow<br>7300 Lakeshore Drive #38<br>New Orleans, Louisiana 70124 | 29,158 |
| Kenneth P. Callaway<br>4609 Dreyfous Avenue<br>Metairie, Louisiana 70006 | 29,158 |
| Marcus M. Chevis<br>4421 Burke Drive<br>Metairie, Louisiana 70003 | 29,158 |
| Computerized Processes Unlimited, L.L.C.<br>4200 S. I-10 Service Road S., Suite 205<br>Metairie, Louisiana 70001 | 26,945 |
| F/V Software, L.L.C.<br>650 Poydras Street, Suite 2710<br>New Orleans, Louisiana 70130 | 96,626 |

S-1

| Name | Number of Shares of Aspen Common Issued at Closing |
|---|---|
| Robert W. Phillpott<br>1007 Division Street<br>Metairie, Louisiana 70001 | 29,158 |
| Pontchartrain Technology, Inc.<br>4200 S. I-10 Service Road S., Suite 205<br>Metairie, Louisiana 70001 | 2,338 |
| Clayton J. White<br>3810 S. Post Oak Avenue<br>New Orleans, Louisiana 70131 | 29,158 |

S-2

*ASPN1-
EXCL00008*

RECEIVED F'R

FEB 21 2006

CLAIMS CENTER

Subject: Request for Exclusion from Class
Action Suit and Settlement in the
Aspen Technology, Inc. Securities
Litigation

Henry Carle
4807 W. 101st Terrace
Overland Park, KS 66207

To: Aspen Technology Securities Litigation

Claims Administrator

c/o Gilardi & Co. LLC

P.O. Box 8040

San Rafael, CA 94912-8040

Please be advised that I hereby request that you exclude me from the
above subject Class Action and Settlement in the Aspen Technology, Inc. Security
Litigation. For your information, my name is Henry M. Carle and I reside
at 4807 W. 101st Terrace, OVERLAND PARK, KS 66207-Telephone #913-649-8623.
At the present I am temporarily residing at 5917 Bounty Circle, Tavares, FL
32778 until 03/30/06 – Telephone # 352-343-9483.

On 08/16/02 I purchased 1000 shares of Aspen Technology, Inc. stock through
my broker at H&R Block for a total price of $2,999.75 to be added to my IRA.
H&R Block is the custodian of one of my IRA's. My financial advisor at
H&R Block is Mr. Scott Befort who can be reached for confirmation purposes
on this transaction only at: 816-913-2223 (These shares are still in my portfolio)

Please honor my request to be excluded from this Class Action Suit and
Settlement in the Aspen Technology, Inc. Security Litigation.

Yours truly,

Henry M. Carle
HENRY M. CARLE



# KOBRE & KIM LLP

*ASPN1-
EXCL00009*

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220
WWW.KOBREKIM.COM

February 8, 2006

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Aspen Technology Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, California 94912-8040

> Re:  **In re Aspen Technology, Inc. Securities Litigation**
> (D. Mass. Case No. 04-12375-JLT)
> **Request for Exclusion from Class**

Dear Claims Administrator:

This firm represents Wayne Sim and, for purposes of this Request, 3850544 Canada Inc.

We hereby request the exclusion of Mr. Sim and 3850544 Canada Inc., the former record holder[1] of Mr. Sim's shares in securities of Aspen Technology, Inc., from the Class in In re Aspen Technology, Inc. Securities Litigation in accordance with the procedure listed in paragraph 13 in the Notice of Proposed Settlement of Class Action dated December 12, 2005 (the "Notice"). The information requested in the Notice is as follows:

**Name, address and telephone number of persons seeking exclusion:**

> Wayne Sim (beneficial owner)
> 67 Artist View Point
> Calgary, Alberta T3Z 3N3
> Canada
> Telephone: (403) 547-0072

---

[1] 3850544 Canada Inc. is a Canadian holding company that is wholly owned by Mr. Sim.

Claims Administrator
February 8, 2006
Page 2

3850544 Canada Inc. (record holder)
400 2nd Avenue S.W., Suite 100
Calgary, Alberta T2P 5E9
Telephone: (403) 547-0072

**Date(s), price(s) and number(s) of purchases and sales of AspenTech common stock during the Class Period (October 29, 1999 to March 15, 2005):**

| Number of Shares | Date Purchased | Purchase Price | Date Sold | Sale Price |
|---|---|---|---|---|
| 50,000 | May 9, 2002 | $12.00 | March 24, 2005 | $5.85 |
| 500,000 | May 9, 2002 | $12.00 | April 6, 2005 | $5.00 |
| 78,937 | September 14, 2004 | $2.75 | September 14, 2004 | $6.80 |
| 15,000 | September 14, 2004 | $2.50 | September 14, 2004 | $6.80 |

Mr. Sim's signature appears at the bottom of this request.

Please contact us if you have any questions.

Sincerely,

Michael S. Kim
212.488.1201

Lisa J. Borodkin
212.488.1230

Wayne Sim
Individually and on behalf of
3850544 Canada Inc.

# KOBRE & KIM LLP



*ASPN1-
EXCL00010*

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220
WWW.KOBREKIM.COM

February 8, 2006

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Aspen Technology Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, California 94912-8040

Re:     In re Aspen Technology, Inc. Securities Litigation
        (D. Mass. Case No. 04-12375-JLT)
        **Request for Exclusion from Class**

Dear Claims Administrator:

This firm represents Salvador Clavé Marcet.

We hereby request the exclusion of Mr. Clavé from the Class in <u>In re Aspen Technology, Inc. Securities Litigation</u> in accordance with the procedure listed in paragraph 13 in the Notice of Proposed Settlement of Class Action dated December 12, 2005 (the "Notice"). The information requested in the Notice is as follows:

<u>Name, address and telephone number of persons seeking exclusion:</u>

Salvador Clavé Marcet
121 Hawkside Mews
Calgary, Alberta T3G 3K9
Canada
Telephone: (403) 244-1422

Claims Administrator
February 8, 2006
Page 2

**Date(s), price(s) and number(s) of purchases and sales of AspenTech common stock during the Class Period (October 29, 1999 to March 15, 2005):**

| Number of Shares | Date Purchased | Purchase Price | Date Sold | Sale Price |
|---|---|---|---|---|
| 16,665 | May 9, 2002 | $12.00 | April 6, 2005 | $5.00 |
| 3,000 | January 10, 2005 | $2.75 | March 16, 2005 | $5.95 |
| 3,000 | January 10, 2005 | $2.75 | March 16, 2005 | $5.98 |
| 6,000 | January 10, 2005 | $2.75 | March 16, 2005 | $6.00 |
| 5,961 | January 10, 2005 | $2.75 | April 6, 2005 | $5.10 |
| 1,000 | January 10, 2005 | $2.75 | April 6, 2005 | $5.11 |
| 400 | January 10, 2005 | $2.75 | April 6, 2005 | $5.13 |
| 100 | January 10, 2005 | $2.75 | April 6, 2005 | $5.14 |

Mr. Clavé's signature appears at the bottom of this request.

Please contact us if you have any questions.

Sincerely,

Michael S. Kim
212.488.1201

Lisa J. Borodkin
212.488.1230

Salvador Clavé Marcet.