UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ASPEN TECHNOLOGY, INC. SECURITIES LITIGATION | Master File No. 04-cv-12375-RCL |
| This Document Relates To:<br><br>ALL ACTIONS. | <u>CLASS ACTION</u> |

AFFIDAVIT OF THOMAS G. SHAPIRO IN SUPPORT
OF JOINT PETITION FOR ATTORNEYS' FEES
AND REIMBURSEMENT OF EXPENSES FILED
ON BEHALF OF SHAPIRO HABER & URMY LLP

I, Thomas G. Shapiro, being duly sworn, depose and say:

1. I am a partner in the law firm of Shapiro Haber & Urmy LLP. I am submitting this Affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered to the plaintiff class and the reimbursement of expenses incurred by my firm in the course of this litigation.

2. My firm acted as local counsel for Lead Counsel Lerach Coughlin. In that capacity, we assisted in preparing and filing pleadings and as liaison between Lead Counsel and the Court.

3. The schedule attached hereto as Exhibit 1 presents a detailed summary indicating the time expended by the attorneys and paralegals of this firm on services which benefitted the Class in this litigation at current rates. The schedule includes the name of the attorneys and paralegals who worked on the case and the hourly billing rates and number of hours expended by the attorneys and paralegals on the matter. The schedule was prepared from contemporaneous daily time records maintained by my firm. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

4. As detailed in Exhibit 2, my firm advanced or incurred a total of $538.51 in unreimbursed expenses in connection with the prosecution of this litigation. These

expenses are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate recordation of the expenses incurred.

    5.    Attached hereto as Exhibit 3 is a brief biography of my firm and the attorneys of my firm who worked on this litigation.

Signed under the pains and penalties of perjury this 21th day of February, 2006.

        /s/ Thomas G. Shapiro
        Thomas G. Shapiro

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify the foregoing document or paper has been mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                s/ THOMAS G. SHAPIRO
                THOMAS G. SHAPIRO

SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)
E-mail: tshapiro@shulaw.com

# Mailing Information for a Case 1:04-cv-12375-JLT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin B. Currid**
  kcurrid@foleyhoag.com

- **Thomas J. Dougherty**
  dougherty@skadden.com tholden@skadden.com

- **John A.D. Gilmore**
  john.gilmore@dlapiper.com

- **Theodore M. Hess-Mahan**
  ted@shulaw.com

- **David Pastor**
  dpastor@gilmanpastor.com rdambrosio@gilmanpastor.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com sgeresy@shulaw.com

- **Nicholas C. Theodorou**
  ntheodor@foleyhoag.com

- **Brandon F. White**
  bfwhite@foleyhoag.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba, Jr
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

Ellen Gusikoff Stewart
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Richard Maniskas
Schiffrin & Barroway
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

David A. Rosenfeld
Cauley, Geller, Bowman, Coates & Rudman, LLP
```

200 Broadhollow Rd.
Suite 406
Melville, NY 11747

**Samuel H. Rudman**
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747

**Marc A. Topaz**
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

John J. Falvey, Jr.
Testa, Hurwitz & Thibeault, LLP
High Street Tower, 125 High Street
Boston, MA 02110