UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re ASPEN TECHNOLOGY, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 04-cv-12375-RCL |
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS. | ) | |
| | ) | |

DECLARATION OF ELLEN GUSIKOFF STEWART FILED ON BEHALF OF LERACH
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP IN SUPPORT OF
APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES

I, ELLEN GUSIKOFF STEWART, declare as follows:

1.      I am a member of the firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I am submitting this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2.      This firm is Lead Counsel of record for plaintiffs.

3.      The identification and background of my firm and its partners is attached hereto as Exhibit A.

4.      The total number of hours spent on this litigation by my firm is 572.75.  The total lodestar amount for attorney/paralegal time based on the firm's current rates is $215,021.25.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Gusikoff Stewart, Ellen | (P) | 34.00 | 550 | 18,700.00 |
| Rudman, Samuel | (P) | 109.50 | 550 | 60,225.00 |
| Abadou, Ramzi | (A) | 15.00 | 315 | 4,725.00 |
| Alba, Mario | (A) | 26.00 | 315 | 8,190.00 |
| Gunyan, Russell | (A) | 221.75 | 375 | 83,156.25 |
| Kaufman, Evan J. | (A) | 11.75 | 375 | 4,406.25 |
| Paralegal I | | 108.25 | 220-245 | 25,846.25 |
| Paralegal III | | 46.50 | 190-215 | 9,772.50 |
| **TOTAL:** | | **572.75** | | **$215,021.25** |

(P) Partner

(A) Associate

- 1 -

5.    My firm incurred a total of $163,102.14 in unreimbursed expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| DISBURSEMENT | | TOTAL |
|---|---|---|
| Meals, Hotels & Transportation | | $  4,056.52 |
| Photocopies | | 12,477.67 |
| Postage | | 27.81 |
| Telephone, Facsimile | | 168.00 |
| Messenger, Overnight Delivery | | 54.61 |
| Filing, Witness & Other Fees | | 75.00 |
| Lexis, Westlaw, Online Library Research | | 1,165.75 |
| Class Action Notices/Business Wire | | 1,793.00 |
| Mediation Fees (Resolutions LLC) | | 1,137.91 |
| Experts/Consultants/Investigators | | 142,145.87 |
| **Outside:** | | |
| L.R. Hodges & Associates, Ltd. | $  60,847.89 | |
| Lily Haggerty | 425.00 | |
| CBIZ Valuation Group, Inc. | 16,408.23 | |
| Tucker Arensberg Attorneys | 1,599.75 | |
| **In-House:** | | |
| Forensic Accountant | 53,337.50 | |
| Economic/Damage Analysts | 9,527.50 | |
| TOTAL | | $  163,102.14 |

6.    The following is additional information regarding expenses for which we are asking for reimbursement:

(a)    Filing, Witness and Other Fees: $75.00.

| DATE | VENDOR |
|---|---|
| 12/12/05 | Clerk of the Court – Pro Hac Vice Application |

(b)    Meals, Hotels and Transportation: $4,056.52.  Expenses for meals, hotels and transportation were incurred for the following purposes:

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Gunyan, Russell | 09/14/05 | Boston, MA | Mediation conference with defendants/AIG |
| Rudman, Samuel | 09/14/05 | Boston, MA | Attendance at mediation |

- 2 -

| NAME | DATE | DESTINATION | PURPOSE |
|------|------|-------------|---------|
| Stella, Christine | 11/10/05 | New York, NY | Discovery meeting with defense counsel and Aspen Executives |
| Kaufman, Evan J. | 12/12/05 | Boston, MA | Appeared at preliminary settlement conference |

(c)     Photocopying:

In-house (2,525 copies @ $0.25 per copy): $631.25

Outside Photocopy Expenses: $11,846.42

| DATE | VENDOR |
|------|--------|
| 02/08/05 | Rosen Mandell & Immerman, Inc. |

(d)     Lexis, Westlaw, Online Library Research: $1,165.75. These included vendors such as Disclosure, Inc., Dow Jones Interactive, Dow Jones & Co., Inc., Lexis Nexis, CDA Investment Technologies, Pacer Service Center, West Publishing Corporation and Choice Point. These databases were used to obtain access to Aspen's SEC filings and to do media searches regarding Aspen. The charges for these vendors vary depending upon the type of services requested.

7.     The expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of February, 2006, at San Diego, California.

_____
ELLEN GUSIKOFF STEWART

S:\Settlement\Aspen.set\DEC LCSGRR EXPENSES 00028358.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify the foregoing document or paper has been mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ THOMAS G. SHAPIRO
THOMAS G. SHAPIRO

SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)
E-mail: tshapiro@shulaw.com

District of Massachusetts Version 2.5                                                                  Page 1 of 2

# Mailing Information for a Case 1:04-cv-12375-JLT

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin B. Currid**
  kcurrid@foleyhoag.com

- **Thomas J. Dougherty**
  dougherty@skadden.com tholden@skadden.com

- **John A.D. Gilmore**
  john.gilmore@dlapiper.com

- **Theodore M. Hess-Mahan**
  ted@shulaw.com

- **David Pastor**
  dpastor@gilmanpastor.com rdambrosio@gilmanpastor.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com sgeresy@shulaw.com

- **Nicholas C. Theodorou**
  ntheodor@foleyhoag.com

- **Brandon F. White**
  bfwhite@foleyhoag.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba, Jr
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

Ellen Gusikoff Stewart
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Richard Maniskas
Schiffrin & Barroway
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

David A. Rosenfeld
Cauley, Geller, Bowman, Coates & Rudman, LLP
```

District of Massachusetts Version 2.5

200 Broadhollow Rd.
Suite 406
Melville, NY 11747

**Samuel H. Rudman**
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747

**Marc A. Topaz**
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

John J. Falvey, Jr.
Testa, Hurwitz & Thibeault, LLP
High Street Tower, 125 High Street
Boston, MA 02110