UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ASPEN TECHNOLOGY, INC. SECURITIES LITIGATION ) ) ) | Master File No. 04-cv-12375-RCL |
| This Document Relates To: ) ) ALL ACTIONS. ) ) | |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that the parties' counsel conferred in a good faith effort to narrow or resolve the areas of dispute with respect to Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds.

<u>**/s/Theodore M. Hess-Mahan**</u>
Theodore M. Hess-Mahan

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 1, 2006.

<u>**/s/Theodore M. Hess-Mahan**</u>
Theodore M. Hess-Mahan